# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEYOUNG,<br>       Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>       Defendant. | Case No. 5:18-cv-01673-SK<br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: September 16, 2019

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE